UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANGELA LYNN FAIRLESS
CAMPANILE,

        Plaintiff,

v.                                                                               Case No: 6:15-cv-1320-Orl-28TBS

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

## ORDER

This case is before the Court on the Complaint filed by Plaintiff seeking review of the final decision of the Commissioner of Social Security ("Commissioner") denying her claim for Supplemental Security Income ("SSI"). (Doc. 1, filed August 10, 2015). The United States Magistrate Judge has submitted a Report and Recommendation (Doc. 17, filed December 14, 2016) recommending that the final decision be affirmed. No objection to the Report has been filed, and the time for filing objections has passed.

After review of the record in this matter, and noting that no objection has been filed, the Court agrees with the findings and conclusions in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    The Report and Recommendation (Doc. 17) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The final decision of the Commissioner is **AFFIRMED**.

3. The Clerk of the Court is directed to enter judgment consistent with this Order and to thereafter close this file.

**DONE** and **ORDERED** in Orlando, Florida, on January 4, 2017.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record